# EXHIBIT 4

# PUBLIC ADJUSTER CONTRACT

**Insured:** James Ryan

**Insurer:** Safeco Insurance Company

**Policy:** OY07087286

**Claim:** 652001066002

**Loss Location:** 2813 SW 138th Street Oklahoma City, OK

**Cause of Loss:** Wind/Hail

**Date of Loss:** 4/25/2017

1. **K. E. Edwards, Inc.,** is registered with the Secretary of State of Oklahoma and is authorized to conduct business in the state of Oklahoma. K.E. Edwards, Inc., hereafter is referred to as **"EDWARDS"**. **EDWARDS** is located at 3030 Northwest Expressway, Suite 200-316, OKC, OK, 73112, and can be contacted at: Phone: 405-630-7667.

2. The insured(s), claimant, and/or policyholder(s) hereafter will be referred to as **"INSURED"**.

3. In consideration thereof, **EDWARDS** agrees to act as a Public Adjuster in connection to the above referenced claim/loss on behalf of **INSURED**.

4. **Description of services:** Structure ☑, Other Structures ☑, Contents ☑, ALE ☐, Other ☐.

5. **Assignment of Interest: INSURED** agrees to pay and **ASSIGNS** to **EDWARDS**, **15%** of the settlement or recovery. Insured's initials: _____, Public Adjuster initials _____.

6. **INSURED** agrees the name **K. E. Edwards, Inc.** shall to be added as a joint payee on all claim checks, drafts, or otherwise.

7. **INSURED** agrees and designates any and all claim documents, payments checks, drafts, or otherwise to be sent or delivered to **K. E. Edwards, Inc.,** at 3030 Northwest Expressway, Suite 200-316, OKC, OK, 73112.

8. **EDWARDS** has not made any representations or warranties to **INSURED** regarding an outcome.

9. It is clearly understood that this is a contingency fee contract between **INSURED** and **EDWARDS**.

10. **THIS CONTRACT MAY BE CANCELED WITHIN THREE (3) DAYS AFTER THE INSURED PARTY HAS RECEIVED AN ORIGINAL SIGNED COPY OF THIS AGREEMENT.**

11. **EDWARDS** will not incur additional expenses or other professional fees without first obtaining **INSURED's** written authorization.

12. **INSURED** stipulates claim documents and facts presented to **EDWARDS** or to the insurer by **INSURED** are not fraudulent and that **INSURED** is acting in good faith and in compliance with the laws of Oklahoma. **INSURED** agrees to indemnify **EDWARDS** for any misrepresentation of claim.

13. **INSURED** agrees, in the event any attorney(s) subsequently become involved in above referenced claim, **K. E. Edwards, Inc.** shall remain a joint-payee on any claim checks or drafts or otherwise; and this contract shall remain valid and in force.

Page 1 of 2

KE_000120

**14. INSURED** agrees to give their permission and/or instruct **INSURED'S** mortgage company to list **K. E. Edwards, Inc.** as a co-payee on all drafts issued to the insured.

**15.** This agreement is binding on any heirs, assignees, executors, and trustees of the **INSURED(s).**

**16. Initial expenses to be reimbursed to Public Adjuster:**

NONE

Signature: _____   Date: 8/26/2017
Kent E. Edwards, President
K. E. Edwards, Inc.
Resident Oklahoma License: 95514

**Insured Name(s):**

Signature: _____   Date: 8/25/17
James Ryan

Insured's address if different from loss location:

SAME

Page 2 of 2
END

KE_000121

**Disclosure Statement: Required by Oklahoma Law:**

Prior to the signing of the contract the public adjuster shall provide the insured with a separate disclosure document regarding the claim process that states:

1. <u>Property insurance policies obligate the insured to present a claim to his or her insurance company for consideration.</u> There are three types of adjusters that could be involved in that process. The definitions of the three types are as follows:

    A. **"Company Adjuster"** means the insurance adjusters who <u>**are employees of an insurance company.**</u> They represent the interest of the insurance company and are paid by the insurance company. They will not charge you a fee,

    B. **"Independent Adjuster"** means the <u>**insurance adjusters who are hired on a contract basis by an insurance company to represent the insurance company's interest in the settlement of the claim.**</u> They are paid by your insurance company. They will not charge you a fee, and

    C. **"Public Adjuster"** means the insurance adjusters who do not work for any insurance company. <u>**They work for the insured to assist in the preparation, presentation and settlement of the claim.**</u> The insured hires them by signing a contract agreeing to pay them a fee or commission based on a percentage of the settlement, or other method of compensation;

2. The insured is not required to hire a public adjuster to help the insured meet his or her obligations under the policy, but has the right to do so;

3. The public adjuster is not a representative or employee of the insurer; and

4. The salary, fee, commission or other consideration is the obligation of the insured, not the insurer.


Initials: _____     Date: _8 / 25 /17_

        James Ryan


-END-

KE_000122