# EXHIBIT 6

## Kent Edwards

| | |
|---|---|
| **From:** | Jim Ryan <jercraig@cox.net> |
| **Sent:** | Friday, October 6, 2017 11:11 PM |
| **To:** | Kent Edwards |
| **Subject:** | Re: Response |

Please get new one to me by morning. I am headed out of town Monday-Wednesday.

Sent from my iPhone

> On Oct 6, 2017, at 2:55 PM, Kent Edwards <kent@claimhelp.com> wrote:
>
> Thanks,
> Same sq footage but different mearurments.
>
> KE
>
> -----Original Message-----
> From: jercraig@cox.net [mailto:jercraig@cox.net]
> Sent: Friday, October 6, 2017 2:54 PM
> To: Kent Edwards <kent@claimhelp.com>
> Subject: Re: Response
>
> Closet is 6 X 15
>
>
> ---- Kent Edwards <kent@claimhelp.com> wrote:
>> Thanks for the correction, I will add another wind turbine for a total of two.  To make sure I understand what you are telling me, there are two existing wind turbines existing on the roof.  I only have a pic on one but I also thought that doesn't seem to be enough.
>>
>> Yes, the house is under ventilated.
>>
>> I am hesitant to ask for code upgrade funds because it could very possibly not work out in your favor.  Safeco could make the argument the roof would have been more resistant to hail and wind if proper roof ventilation had been installed originally; the roof was improperly installed = Claim denied.
>>
>> The pipe jacks through the roof are not painted now.  A good roofer would throw the item in anyway to make his work look good.  Safeco is only responsible for putting you back into the condition you were in prior to loss.  The wind turbines are typically pre painted when purchased.
>>
>> General Contractor Overhead and Profit:  Look at each summary (except contents).  There is an item called Overhead and below that Profit.   Each item is calculated as: (all line items for category + sales tax) x 10%.
>> Example: 10,000 x 10% + (overhead) + 10,000 x 10% (Profit) = 2,000.  For each 10,000. Of repair cost, there is 2,000. Allowed for the use of a general contractor.  Also, General contractor O&P is included in the opening statement on page 1.
>>

1

KE_000448

>> The emergency repairs were left off intentionally. I will explain latter.  It was a very small amount of money.   There is an argument is that deal which could be used against you. No big deal; I am keeping my eye on the large money and attempting to leave Safeco with very little to argue about.
>>
>> I will try to have the changes made and sent to you Monday.
>>
>> When I looked at your closet, I got good photos but forgot to measure the closet itself. I estimated it to be 8 x 12. If you could measure the room itself and email me the measurements, I would appreciate it.
>>
>> KE
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: jercraig@cox.net [mailto:jercraig@cox.net]
>> Sent: Friday, October 6, 2017 9:13 AM
>> To: Kent Edwards <kent@claimhelp.com>
>> Subject: Re: Please review Proof of Loss
>>
>> I looked it over and it looks very thorough. I did notice that there is only one turbine to be replaced in the estimate but the house currently has two.
>>
>> I was talking with Marcus and he said some extra ventilation would be required to bring it up to code.
>>
>> Whatever that was is not included in the estimate for bringing the house up to code so you might check with him to see what that was.
>>
>> I did not see anything regarding painting all of the vents to match the roof color.
>>
>> I did not see any contractor charge for handling multiple skills.
>>
>> I don't remember seeing emergency shingle repair for the loose shingles in the front.
>>
>>
>> From Estimate
>> Roof vent - turbine type 1.00 EA 97.93 4.96 20.58 123.47 (38.80)
>> 84.67
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> ---- Kent Edwards <kent@claimhelp.com> wrote:
>>> Please review the following Proof of Loss document. This document
>>> is a Sworn Statement; it is important the damage shown and other
>>> statements are accurate. If you find anything you believe to be

2

KE_000449

>>> inaccurate or you have any questions about any item, contact me so we can discuss any questions.
>>>
>>>
>>>
>>> If you are in agreement, pleas sign page one titled, "Sowarn
>>> Statement in Proof of Loss" in front of a notary.  She will need to
>>> notorize the document.
>>>
>>>
>>>
>>> Please scan and return the signed page.  I do not need the other
>>> pages returned to me.  They are for your review.  All I need is a
>>> clear copy of the signed POL.
>>>
>>>
>>>
>>> Kent Edwards
>>>
>>
>>
>
>

3

KE_000450