# EXHIBIT 7

Technical Data Sheet
LANDMARK™ Series Shingles
LANDMARK™ Premium Shingles (formerly Landmark 50)
LANDMARK™ Plus Shingles (formerly Landmark 40)
LANDMARK™ Shingles (formerly Landmark 30)
ARCHITECT™ 80 Shingles



**PRODUCT INFORMATION**
The Landmark™ series reflects the same high manufacturing standards and superior warranty protection as the rest of CertainTeed's line of roofing products. Landmark Premium (and AR), Landmark Plus (and AR) and Landmark (and AR) are built with the industry's toughest fiber glass mat base, and their strict dimensional tolerance assures consistency. Complex granule color blends and subtle shadow lines produce a distinctive color selection. Available in "English" dimensions – 12" x 36" or "Metric" dimensions – 13 ¼" x 38 ¾", depending on sales region. In our Northwest Region, the Landmark Premium AR product label also indicates "Architect 80." Landmark is produced with the new nailing feature WideTrack QB™. *Please see the installation instruction section below for important information regarding WideTrack QB.*

The Landmark algae-resistant (AR) shingles have the additional attribute of resisting the growth of algae especially in damp regions. AR shingles are not available in all regions.

Colors: Adobe, Aged Bark, Atlantic Blue, Birchwood, Black Onyx, Black Walnut, Burnt Sienna, Charcoal Black, Chestnut, Cobblestone Gray, Colonial Slate, Cottage Red, Country Gray, Driftwood, Georgetown Gray, Granite Gray, Graphite, Harbor Gray, Harvard Slate, Hearthstone, Heather Blend, Hunter Green, Ice Gray, Mission Brown, Mist White, Moiré Black, Mojave Tan, Mountain Spruce, Mountain Timber, Painted Desert, Pewter, Platinum, Resawn Shake, Sandstone, Silver Birch, Slatestone, Snow Mist, Stonehenge, Sunrise Cedar, Terra Cotta, Thunderstorm Gray and Weathered Wood. Color, algae-resistance and product availability may vary by region. Not all colors are available in all Landmark products.

Limitations: Use on roofs with slopes greater than 2" per foot. Low-slope applications (2" to 4" per foot) require additional underlayment. In areas where icing along eaves can cause the back-up of water, apply CertainTeed WinterGuard™ Waterproofing Shingle Underlayment, or its equivalent, according to application instructions provided with the product and on the shingle package.

Product Composition: Landmark series shingles are composed of a fiber glass mat base. Ceramic-coated mineral granules are tightly embedded in carefully refined, water-resistant asphalt. Two pieces of the shingle are firmly laminated together in a special tough asphaltic cement. All Landmark shingles have self-sealing adhesive strips.

Applicable Standards:
ASTM D 3018 Type I
ASTM D 3462
ASTM E 108 Fire Resistance: Class A
ASTM D 3161-99a, Wind Resistance
ASTM D 3161-03b, Class "F" Wind Resistance
ASTM D 7158 Class "H" Wind Resistance
UL 2390/ASTM D6381 Class "H" Wind Resistance
UL 790 Fire Resistance: Class A

UL 997 Wind Resistance
NYC-MEA-120-79-M
BOCA & SBCCI Building Codes
ICC Evaluation Report ESR-1389
CSA Standard A123.5-98 (& -05)
Ontario BMEC Auth. 97-10-219
Miami-Dade Product Control Acceptance (Regional)
Florida Product Approval # FL5444 (Regional)