IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**JAMES RYAN,**

    **Plaintiff,**

**v.**

**SAFECO INSURANCE COMPANY OF AMERICA,**

    **Defendant.**

Case No. 18-cv-548-F

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Ryan ("Plaintiff"), by and through his counsel of record Aaron D. Compton, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor, Jerrick L. Irby, and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

2

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
boconnor@hallestill.com
jirby@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT, SAFECO INSURANCE COMPANY OF AMERICA**

-and-

**AARON D. COMPTON, ATTORNEY AT LAW, PLLC**

*s/Aaron D. Compton\**
Aaron D. Compton, OBA No. 31968
4216 North Portland Avenue, Suite 200
Oklahoma City, OK 73112
Telephone: (405) 578-4529
ADCompton777@gmail.com

**ATTORNEY FOR PLAINTIFF**

*\* Signed by filing attorney with permission of Plaintiff's attorney.*

3918327.1:003439:00039